UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CRAIG TAPKE, | : | Case No. 1:09-cv-077 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael R. Merz |
| v. | : | |
| | : | |
| TIM BRUNSMAN, Warden, | : | |
| Lebanon Correctional Institution | : | |
| | : | |
| Respondent. | : | |

## WRIT OF CERTIORARI

TO TRACY WINKLER, HAMILTON COUNTY CLERK OF COURTS:

The above-captioned civil action is before this Court on a pending Petition for Writ of Habeas Corpus. Petitioner was convicted in Hamilton County Common Pleas Case No. B 0502916. This matter was considered by the Court of Appeals, First Appellate District in Case No. C-060494, and Petitioner was denied leave to appeal by the Supreme Court of Ohio in Case No. 2007-2062.

To adjudicate the Petition for a Writ of Habeas Corpus, this Court has need of the original records in your custody regarding Petitioner. A federal district court has authority to issue a writ of certiorari to obtain such records pursuant to 28 U.S.C. § 1651.

The items requested in this case are identified on the attached Index of Exhibits for Defendant's trial held on April 18, 2006:

State Exhibits:

    1 - Statement

    2 - Advice of Rights Form

    3 - Cassette Tape

    4 - Medical Records

Accordingly, you are hereby **ORDERED** to certify the relevant portions of the trial record in Case No. B 0502916 and deliver the same to the Clerk of this Court at Room 103, Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, Ohio 45202 by **May 4, 2012**.

The Clerk shall serve this Writ by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Date: 4/18/12

Timothy S. Black
United States District Judge