UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRAIG TAPKE,**                      **CASE NO. 1:09-cv-077**

    Petitioner,                  **Judge Timothy S. Black**
                                  **Magistrate Judge Michael R. Merz**

  **-vs-**

**TIM BRUNSMAN, Warden,**
**Lebanon Correctional Institution,**

    Respondent.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

      **IT IS ORDERED AND ADJUDGED** that the Reports and Recommendations (Docs. 34, 39) of the United States Magistrate Judge are **ADOPTED**; the Petitioner's Objections (Docs. 37, 42) are **OVERRULED**; the Petition (Doc. 1) is **DISMISSED***;* that **NO FINDING** is made at this time concerning issuance of a certificate of appealability or leave to appeal *in forma pauperis;* and the case is **TERMINATED** from the docket.

Date: March 29, 2013                               **JOHN P. HEHMAN, CLERK**
                                                           By: <u>s/ M. Rogers</u>
                                                              Deputy Clerk